IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICHARD ALLEN NUNEZ, III #18864**                                            **PETITIONER**

**VERSUS**                                                    **CIVIL NO. 1:15-CV-174-HSO-JCG**

**PEARL RIVER COUNTY COURT,**
**STATE OF MISSISSIPPI, AND**
**SHERIFF DAVID ALLISON**                                                     **RESPONDENTS**

## FINAL JUDGMENT

This matter is before the Court on Petitioner Richard Allen Nunez's Objection [17] to United States Magistrate Judge John C. Gargiulo's November 18, 2015, Report and Recommendation [16].  The Court, after a full review and consideration of the record in this case and relevant legal authorities, finds that in accord with its Order Overruling Petitioner's Objection [17], Adopting Magistrate Judge's Report and Recommendation [16], Granting Respondent David Allison's Motion to Dismiss for Failure to State a Claim [12], and Dismissing Without Prejudice Richard Allen Nunez's Petition [9] for Writ of Habeas Corpus under 28 U.S.C. § 2241, entered herewith,

**IT IS, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this 21st day of January, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE