IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICHARD ALLEN NUNEZ, III #18864**            **PETITIONER**

**VERSUS**            **CIVIL NO. 1:15-CV-174-HSO-JCG**

**PEARL RIVER COUNTY COURT,**
**STATE OF MISSISSIPPI, AND**
**DAVID ALLISON, SHERIFF**            **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. §§ 2241, 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the RULES GOVERNING SECTION 2254 CASES FOR THE UNITED STATES DISTRICT COURTS, hereby finds that:

A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: <u>January 21, 2016</u>            *s/ Halil Suleyman Ozerden*
                                                                  HALIL SULEYMAN OZERDEN
                                                                  UNITED STATES DISTRICT JUDGE